IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.G., a minor, by and through his Parents and Natural Guardians, JOHN DOE 1 and JANE DOE 1, D.W., a minor, by and through his Parents and Natural Guardians, JOHN DOE 2 and JANE DOE 2, X.G., a minor, by and through his Parents and Natural Guardians, JOHN DOE 3 and JANE DOE 3, and J.P., a minor, by and through his Parents and Natural Guardians, JOHN DOE 4 and JANE DOE 4,<br><br>        Plaintiffs,<br><br>vs.<br><br>LEHIGHTON AREA SCHOOL DISTRICT, LEHIGHTON AREA MIDDLE SCHOOL, JACEN NALESINK, AND JASON NUFFLEY,<br>        Defendants. | Civil Action No. 21-2147<br><br>Assigned to the<br>Honorable Joseph F. Saporito, Jr. |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs above-named, and their counsel, hereby give notice of voluntary dismissal of all claims, without prejudice, against all Defendants.

**McLAUGHLIN & LAURICELLA, P.C.**        **LAFFEY BUCCI & KENT, LLP**

/s/ *Slade H. McLaughlin*        /s/ *Gaetano D'Andrea*
SLADE H. McLAUGHLIN, ESQUIRE        GAETANO D'ANDREA, ESQUIRE
PAUL A. LAURICELLA, ESQUIRE        BRIAN KENT, ESQUIRE
JESSICA T. FALKENSTEIN, ESQUIRE        Co-Counsel for Plaintiffs
Co-Counsel for Plaintiffs